ORIGINAL

CLERK US DISTRICT COURT
NORTHERN DIST. OF TX
FILED

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS 2019 FEB 21  PM 12: 59
DALLAS DIVISION

DEPUTY CLERK_____

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| | NO. |
| v. | |
| STEVEN RIAD JALLOUL | **3-19CR-094-B** |

## **INDICTMENT**

The Grand Jury Charges:

At all times material to this Indictment:

<u>Counts One through Twelve</u>
Preparing False Tax Returns
(Violation of 26 U.S.C. § 7206(2))

1.     Defendant **Steven Riad Jalloul** operates Royalty Tax and Financial

Services LLC (Royalty) at 8330 LBJ Freeway, Suite 400, Dallas, Texas.

2.     The Internal Revenue Service ("IRS") is an agency of the United States

Department of the Treasury responsible for enforcing and administering the tax laws of

the United States and collecting taxes owed to the Department of the Treasury of the

United States.

3.     From in or around January 2012, through in or around February 2018, in

the Northern District of Texas, Dallas Division, and elsewhere, defendant **Steven Riad**

**Jalloul** prepared and caused to be electronically filed with the IRS materially false

federal income tax returns, Forms 1040 and 1040A, on behalf of his taxpayer clients.

4.     The tax returns submitted to the IRS by defendant **Steven Riad Jalloul**

Indictment—Page 1 of 4

were fraudulent in that they claimed false income and American opportunity credit.

5.       On or about the dates set forth below, in the Northern District of Texas,

Dallas Division, defendant **Steven Riad Jalloul** did willfully aid and assist in and

procure, counsel, and advise the preparation and presentation to the Internal Revenue

Service, of falsified U.S. Individual Income Tax Returns, Forms 1040 and 1040A, either

individual or joint, for the taxpayers and calendar years hereinafter specified.  The tax

returns were false and fraudulent as to material matters, in that they represented that

taxpayers were entitled under the provisions of the Internal Revenue laws to claim and

report deductions, credits, business income, and business expenses for items and in

amounts hereinafter specified, whereas, defendant **Steven Riad Jalloul** then and there

knew, the taxpayers were not entitled to claim the items and amounts.

| Count | Tax Payer | Date of Offense | Calendar Year | Falsely Claimed Item | Falsely Amount Claimed |
|---|---|---|---|---|---|
| 1 | E.P. | 1/30/2013 | 2012 | Business Loss – Line 12 | ($9,990) |
| 2 | E.P. | 1/23/2014 | 2013 | Business Loss – Line 12 | ($6,710) |
| 3 | E.P. | 1/31/2015 | 2014 | Business Loss – Line 12 | ($11,340) |
| 4 | E.P. | 2/13/2016 | 2015 | Business Loss – Line 12 | ($9,630) |
| 5 | I.M. & M.M. | 2/04/2013 | 2012 | Business Loss – Line 12 | ($33,419) |

| 6 | P.D. | 2/05/2013 | 2012 | Business Loss – Line 12 | ($8,060) |
|---|---|---|---|---|---|
| 7 | H.A.M. & R.A. | 1/30/2013 | 2012 | Business Income – Line 12 | $8,300 |
| 8 | M.A.A. & A. A.S. | 3/11/2013 | 2012 | Wages, Salaries, Tips, etc – Line 7<br><br>Business Income – Line 12<br><br>American Opportunity Credit – Line 66 | $6,234<br><br>$8,210<br><br>$975 |
| 9 | L.G.P. & M.M.G. | 1/29/2013 | 2012 | Business Loss – Line 12 | ($25,180) |
| 10 | A.M. & N.M. | 2/19/2013 | 2012 | Business Loss – Line 12 | ($16,030) |
| 11 | S.K. & Z.K. | 2/10/2017 | 2016 | American Opportunity Credit – Line 68 | $498 |
| 12 | S.K. & Z.K. | 2/08/2018 | 2017 | American Opportunity Credit – Line 44 | $987 |

Each in violation of 26 U.S.C. § 7206(2).

A TRUE BILL

_____
FOREPERSON


ERIN NEALY COX
UNITED STATES ATTORNEY


_____
Sid P. Mody
Assistant United States Attorney
Texas State Bar No. 24072791
1100 Commerce Street, Third Floor
Dallas, Texas 75242
(214) 659.8792


**Indictment—Page 4 of 4**

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

THE UNITED STATES OF AMERICA

v.

STEVEN RIAD JALLOUL

INDICTMENT

26 U.S.C. § 7206(2)
Preparing False Tax Returns
(Counts 1 through 12)

12 Counts

A true bill rendered

DALLAS                                                          FOREPERSON

Filed in open court this 21st day of February, 2019.

**Warrant to be Issued**

UNITED STATES MAGISTRATE JUDGE
No Criminal Matter Pending